UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re STEVEN S SOWINSKI AND ERIN L SOWINSKI,<br><br>Debtors. | Bankruptcy Case No. 13-31702-svk |
| STEVEN S SOWINSKI AND ERIN L SOWINSKI,<br><br>Plaintiffs,<br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>Defendant. | Adversary Proceeding<br><br>Case No. 13-2834-svk |

## STIPULATION FOR DISMISSAL

The parties, by their attorneys of record, hereby stipulate to the dismissal of the above-referenced adversary proceeding, with prejudice, and without costs to either party.

Dated: 1/7/14

By: *Heidi N. Miller*
Heidi N. Miller
DeLadurantey Law Office, LLC
State Bar No. 1087696
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
E: heidi@dela-law.com

Dated: 1/6/14

By: *Bradley J. Halberstadt*
Bradley J. Halberstadt
Stewart, Zlimen & Jungers, Ltd.
2277 Highway 36 West, Ste. 100
Roseville, MN 55113
(612) 870-4100 x 111
Fax: (612) 870-8758
Email: brad@szjlaw.com

Drafted by:
Heidi N. Miller
SBN 1087696
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
heidi@dela-law.com